IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01783-BNB

KEVIN W. KING,

    Plaintiff,

v.

PHOENIX CENTER,
ESTHER SMITH, and
ALLISON BROOKS,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 16 2010

GREGORY C. LANGHAM
                    CLERK

## ORDER OF DISMISSAL

Plaintiff, Kevin W. King, is in the custody of the Colorado Department of Corrections and currently is incarcerated at the Sterling Correctional Facility. Mr. King initiated this action by submitting to the Court a *pro se* Prisoner Complaint pursuant to 42 U.S.C. § 1983 and a Motion and Affidavit for Leave to Proceed Under 28 U.S.C. § 1915 on July 22, 2010.

On July 28, 2010, Magistrate Judge Boyd N. Boland directed the Clerk of the Court to commence a civil action and ordered Mr. King to cure a deficiency by filing a certified copy of his prisoner's trust fund statement for the 6-month period immediately preceding the filing. Mr. King submitted a certified trust fund statement on August 6, 2010. Magistrate Judge Boland granted him leave to proceed *in forma pauperis* by order dated August 10, 2010.

The August 10 Order requires Mr. King to pay the full amount of the $350.00 filing fee in installments and directs him to pay an initial partial filing fee of $5.00 within

thirty days or to show cause why he has no assets and no means to pay the initial fee by filing a current certified copy of his trust fund account statement. The Order warns Mr. King that if he fails to have the initial partial filing fee sent to the Clerk of the Court by the designated deadline or to show cause why he has no assets and no means by which to pay the initial fee the Complaint would be dismissed without further notice.

Mr. King has not communicated with the Court since August 6, 2010. Therefore, Mr. King has now failed either to pay the initial partial filing fee within the time allowed, as designated in the August 10 Order, or in the alternative to show cause why he has no assets and no means by which to pay the designated fee. Accordingly, it is

ORDERED that the Prisoner Complaint and the action are dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure for Mr. King's failure either to pay an initial partial filing fee of $5.00 or to show cause why he has no assets and no means by which to pay the designated fee.

DATED at Denver, Colorado, this __15th__ day of __September__, 2010.

BY THE COURT:

__s/Philip A. Brimmer__
PHILIP A. BRIMMER
United States District Judge, for
ZITA LEESON WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-01783-BNB

Kevin W. King
Prisoner No. 118205
Sterling Correctional Facility
PO Box 6000
Sterling, CO 80751

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 9/16/10

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk